AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAR 08 2018

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| 1  Ricardo BAUTISTA-Yepez (Y.O.B. 1994) | ) | Case No. M-18-0496-M |
| 2  Perla BAUTISTA-Yepez (Y.O.B 1996) | ) | |
| Citizenship: Mexico | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 7, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841/846/952 | Defendants did knowingly and intentionally possess with the intent to distribute and knowingly and intentionally import into the United States approximately 1.41 kilograms of Heroin, a schedule I controlled substance and attempted or conspired with more than two individuals to commit said offense. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved KN/Chs 3/8/18

/s/ Carlos Berrios
*Complainant's signature*

Carlos Berrios, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/07/2018__

/s/ Judge
*Judge's signature*

City and state: __McAllen, Texas__

*Printed name and title*

**Attachment "A"**

On March 07, 2018, at approximately 1312 hours, Ricardo BAUTISTA-Yepez presented himself for inspection by Customs and Border Protection (CBP) at the Hidalgo, Texas Port of Entry via the pedestrian lane accompanied by his sister, Perla BAUTISTA-Yepez. The CBP Officer inspecting Ricardo BAUTISTA conducted a database query resulting in an alert that Ricardo BAUTISTA may be involved in smuggling narcotics. Ricardo and Perla BAUTISTA were escorted to secondary inspection, where CBP Officers searched both subjects for contraband. CBP Officers discovered .709 kilograms of a substance that tested positive for heroin inside the shoes of Ricardo BAUTISTA and .710 kilograms of a substance that tested positive for heroin inside the shoes of Perla BAUTISTA for a total of 1.41 kilograms of heroin. CBP contacted Homeland Security Investigations in McAllen, Texas for assistance.

At approximately 1600 hours, HSI Special Agents arrived at the Hidalgo POE and proceeded to interview Ricardo and Perla BAUTISTA. Ricardo and Perla BAUTISTA stated they met an individual in Mexico who gave each of them a pair of shoes with the drugs inside immediately prior to their crossing into the United States. Ricardo and Perla BAUTISTA then put the shoes on and proceeded to walk into the United States. Ricardo BAUTISTA admitted knowledge of the heroin inside the shoes and Perla BAUTISTA admitted knowledge of drugs inside the shoes. Ricardo and Perla BAUTISTA stated they were going to meet an individual at a nearby Whataburger parking lot, where they were going to get into the individual's car, exchange the shoes for money, and immediately return afoot to Mexico. Perla BAUTISTA stated they would be paid approximately $700 U.S. Dollars, while Ricardo BAUTISTA stated they would be paid approximately $800 U.S. Dollars. Ricardo and Perla BAUTISTA stated this is their third trip with drugs in their shoes since March of 2017.